Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE),<br><br>Plaintiffs,<br><br>vs.<br><br>KAREN A. KAMERER AND "JOHN DOE" KAMERER, wife and husband and the marital community comprised thereof, d/b/a HEYZ ELECTRIC,<br><br>Defendants. | CAUSE NO.:  C06-5397 RBL<br><br>ORDER OF DEFAULT |

Pursuant to Plaintiff Puget Sound Electrical Workers Health and Welfare Trust (Includes Vacation Allowance)'s Motion for an entry of an Order of Default against Defendants Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a **Heyz Electric**, and the Court having considered the pleadings on file, including the Declaration of Service and being otherwise generally advised, it is hereby

**ORDERED** that more than twenty days have elapsed since the date of service of Plaintiff Trust Funds' Complaint and the Defendants have failed to appear, answer or defend

ORDER OF DEFAULT – CASE NO. C06-5397RBL – PAGE 1 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1

2
this action within the time provided by law, and therefore, Defendants Karen A. Kamerer and

3
"John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a

4
**Heyz Electric** are in Default.

5
     DATED this 6th day of September, 2006.

6

7
                            BRUCE RIFKIN
                            CLERK U.S. District Court

8
                            S/Jean Boring

9
                            by: U.S. District Court Deputy Clerk

10
Presented by:

11
s/Robert A. Bohrer
WSBA #5050

12
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400

13
Seattle, WA  98119
Telephone: (206) 282-8221

14
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com

15
Attorney for Plaintiffs

16

17

18

19
H:\00RBL PEND ORDERS SIG BLOCK\Heyz Electric 3460 USDC3 Default Order.doc

20

21

22

23

24

25

ORDER OF DEFAULT
CAUSE NO. C06-5397RBL - PAGE 2 of 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587