Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE), PUGET SOUND ELECTRICAL WORKERS PENSION TRUST, PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST, NATIONAL ELECTRICAL BENEFIT FUND, AND LABOR MANAGEMENT COOPERATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>KAREN A. KAMERER AND "JOHN DOE" KAMERER, WIFE AND HUSBAND AND THE MARITAL COMMUNITY COMPRISED THEREOF, D/B/A HEYZ ELECTRIC,<br><br>Defendants. | CAUSE NO.: C06-5397 RBL<br><br>ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiffs Puget Sound Electrical Workers Health and Welfare Trust (Includes Vacation Allowance), Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical Benefit Fund, and Labor Management Cooperation Trust (Trust Funds) have moved the Court for Default Judgment against

ORDER FOR DEFAULT JUDG
CASE NO. C06-5397 RBL - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Defendants Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, D/B/A Heyz Electric (Employer).

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditors: | Puget Sound Electrical Workers Health and Welfare Trust (Includes Vacation Allowance), Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical Benefit Fund, and Labor Management Cooperation Trust |
| 2. | Judgment Debtors: | Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, D/B/A Heyz Electric |
| 3. | Contributions: | $6,814.88 |
| 4. | Liquidated Damages: | $2,504.17 |
| 5. | Interest to Date of Judgment: | $1,986.18 |
| 6. | Costs: | $588.22 |
| 7. | Auditor's Fees: | $2,920.34 |
| 8. | Attorney's Fees: | $5,204.10 |
| 9. | Post-Judgment Interest on Delinquent Contributions: | 12% per annum |
| 10. | Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050 EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on September 6, 2006, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Default Judgment against Defendant Employer in the amount $20,017.89 representing contributions covering the period October 2004 through May 2005, July 2005, September 2005 in the amount $6,814.88,

ORDER FOR DEFAULT JUDG
CASE NO. C06-5397 RBL - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

liquidated damages covering the periods October 2004 through May 2005, July 2005, September 2005, February through April 2006 in the amount $2,504.17, interest in the amount $1,986.18, costs in the amount $588.22, auditor's fees in the amount $2,920.34 and attorney's fees in the amount $5,204.10, for a total amount owing of $20,017.89.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Funds' claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance of delinquent contributions at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

DATED this 27th day of February, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

ORDER FOR DEFAULT JUDG
CASE NO. C06-5397 RBL - PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587